**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| WILLIAM HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:10-00523-KD-N |
| | ) |
| CITY OF SELMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

- all of Plaintiff Hopkins' claims against the City of Selma are **DISMISSED with prejudice**,

- Plaintiff Hopkins' claims related to failure to provide proper medical treatment are **DISMISSED with prejudice**,

- summary judgment is **GRANTED** in favor of Defendants Jeffery Hardy, Ray Blanks, Frederick Walker, and J. Crum on all other claims, and

- this case is **DISMISSED with prejudice**.

Each party shall bear his or its own costs.

**DONE** and **ORDERED** this the **18th** day of **July, 2011**.

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**